IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANDACE HUNTER, <u>et</u> <u>al</u>., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-0518-CG-N |
| ) | |
| GLAXOSMITHKLINE LLC, ) | |
| ) | |
|     Defendant. ) | |

## ORDER

This cause is before the court on the Notice of Transfer Order and Motion for Relief from Obligations filed by GlaxoSmithKline LLC (Doc. 4), in which the defendant moves for a stay of all obligations in this action pending transfer to the District of Massachusetts for inclusion in Zofran (Ondansetron) Products Liability Litigation, MDL No. 2657 case.  Defendant further represents that the Plaintiffs do not oppose this motion.

Upon due consideration, the motion is hereby **GRANTED**, and this action is **STAYED** pending receipt of the transfer order from the Judicial Panel on Multidistrict Litigation.

**DONE and ORDERED** this 20th day of October, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE